# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | | |
|---|---|---|
| Columbus Keith Vanadore | ) | |
| *Plaintiff* | ) | |
| v. | ) | |
| Acting Commissioner of Social Security | ) | Civil Action No.: 5:18-1097-RMG |
| *Defendant* | ) | |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one):*

❒ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__),

which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with

costs.

❒ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____

recover costs from the plaintiff *(name)* _____.

■ other: The Court hereby reverses the decision of the Commissioner pursuant to Sentence Four of 42 U.S.C.

§ 405(g) and remands the matter to the agency.

This action was *(check one)*:

❒ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❒ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Richard M. Gergel,  United States District Judge, who adopted the Report and
Recommendation of the Honorable Kaymani D. West, United States Magistrate Judge.

ROBIN L. BLUME
Date:    July 8, 2019                                    *CLERK OF COURT*

s/Glenda J. Nance
_____
*Signature of Clerk or Deputy Clerk*